TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00514-CV

Richard O. Trevino, Appellant

v.

Texas Department of Public Safety, Appellee

FROM THE COUNTY COURT AT LAW OF COMAL COUNTY

NO. 97CV-043, HONORABLE FRED CLARK, JUDGE PRESIDING 

PER CURIAM

 Appellant Richard O. Trevino has filed a motion to dismiss his appeal. The Texas
Department of Public Safety has not opposed the motion. We grant the motion and dismiss this
appeal.

Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: October 23, 1997

Do Not Publish